1  LAW OFFICES OF LAYNE K. FRIEDRICH
2  Layne K. Friedrich (Bar No. 195431)
       Email: lkfriedrich.law@gmail.com
3  725 Fano Lane
4  Sonoma, California 95476
   Telephone: (415) 819-3625
5  Facsimile: (518) 713-1658

6  Attorney for Plaintiff
   LOS ANGELES WATERKEEPER
7
8  Plaintiff's Additional Counsel Listed on Next Page

9  PILLSBURY WINTHROP SHAW PITTMAN LLP
10 Michael S. McDonough (Bar No. 193684)
       Email: michael.mcdonough@pillsburylaw.com
11 725 South Figueroa Street, Suite 2800
12 Los Angeles, CA 90017
   Telephone: (213) 488-7555
13 Facsimile: (213) 629-1033

14 Attorney for Defendant
15 NATIONAL READY MIXED CONCRETE COMPANY

16                 UNITED STATES DISTRICT COURT
17                 CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL READY MIXED CONCRETE COMPANY, a California corporation,<br><br>        Defendant. | Civil Case No. 2:18–cv–01122–DMG–KSx;<br>Civil Case No. 2:18–cv–01125–DMG–KSx<br><br>**NOTICE OF LODGING; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq*.) |

1 LOS ANGELES WATERKEEPER
2 Arthur Pugsley (Bar No. 252200)
  Email: arthur@lawaterkeeper.org
3 120 Broadway, Suite 105
  Santa Monica, California 90401
4 Telephone: (310) 394-6162
5 Facsimile: (310) 394-6178

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT:**

Plaintiff is filing this Notice of Lodging and Request for Entry of [Proposed] Consent Decree concurrently with its Notice and Submittal of Federal Agencies' 45-Day Review Period Letter.

Plaintiff hereby **requests** that the Court enter the [Proposed] Consent Decree attached hereto as Attachment A, *see* 33 U.S.C. § 1365(c)(3), which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decrees if necessary.

Should the Court require any additional information, the undersigned will provide it upon request.

Dated: December 24, 2018                    Respectfully submitted,

By: *Layne Friedrich*
Layne K. Friedrich
Law Offices of Layne K. Friedrich
Attorney for Plaintiff